UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| ALICIA CARTER, )<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>NAVIENT SOLUTIONS, INC., )<br>    *Defendant*. ) | Case No. 1:18-cv-01099-WTL-MJD |

## ORDER GRANTING JOINT MOTION TO COMPEL ARBITRATION AND STAY ACTION

Plaintiff, Alicia Carter, by counsel, and the Defendant, Navient Solutions, LLC f/k/a Navient Solutions, Inc., by counsel, have compelled this action to arbitration pursuant to the terms of the arbitration agreement. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that this action is compelled to arbitration. This case is administratively closed pending a motion to reopen by either party after conclusion of the arbitration proceedings.

Date: 9/6/18

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.